# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

154443

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DANTRAZ JAVON OLIVER-McCLUNG,
       Defendant-Appellant.

SC: 154443
COA: 325107
Wayne CC: 14-002709-FC

_____/

On order of the Court, the application for leave to appeal the July 21, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



p0619

Clerk